| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Raymond Ballister Jr., Esq., SBN 111282<br>Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax |
| 5 | amandas@potterhandy.com<br>Attorneys for Plaintiff SCOTT JOHNSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | ) Case No.: 5:20-CV-08781-BLF |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | ) |
| THRIFTY OIL CO., a California Corporation; and Does 1-10, | ) |
| Defendant. | ) |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated: April 9, 2021                               CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff